UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

The New York District
Council of Carpenters
Pension Fund

v.

Superior Wallboard Systems,
Inc.

------------------------------------------------------X

02 CV 6687 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than

__March 25__ of the status of this action.

SO ORDERED:

Dated: MARCH 5, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

orderstatus