UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND and NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION TRUST FUND,

      Plaintiffs,

-against-

SUPERIOR WALLBOARD SYSTEMS INC.

      Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

02 Civ. 6687 (LAP)

STIPULATION
AND ORDER OF
DISMISSAL

RECEIVED
MAR 25 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the above-mentioned plaintiffs and defendant, SUPERIOR WALLBOARD SYSTEMS INC., through their undersigned counsel, that each and every claim asserted by plaintiffs against defendant be dismissed in its entirety.

| O'DWYER & BERNSTIEN, LLP | TRIVELLA, FORTE & SMITH, LLP |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 52 Duane Street, 5th Floor | 1311 Mamaroneck Avenue, Suite 170 |
| New York, New York 10007 | White Plains, NY 10605 |
| (212) 871-7100 | (914) 949-9075 |
| By: _____ | By: _____ |
| RAUL GARCIA (RG 3124) | CHRISTOPHER A. SMITH (CAS   ) |
| Dated: March 21, 2008 | Dated: March 21, 2008 |

SO ORDERED: _____
HON. LORETTA A. PRESKA, U.S.D.J.

march 28, 2008

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.